UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

MALCOLM A. JOHNSON,

                              Petitioner,

                  v.                                      9:07-CV-581
                                                                   (FJS/RFT)

ROBERT E. ERCOLE, Superintendent,
Green Haven Correctional facility,

                              Respondent.
_____

**APPEARANCES**                                        **OF COUNSEL**

**MALCOLM A. JOHNSON**
**02-A-1996**
Green Haven Correctional Facility
P.O. Box 4000
Stormville, New York 12582
Petitioner *pro se*

**OFFICE OF THE NEW YORK**            **ALYSON J. GILL, AAG**
**STATE ATTORNEY GENERAL**
120 Broadway
New York, New York 10271
Attorneys for Respondent

**SCULLIN, Senior Judge**

## ORDER

      In a Report-Recommendation and Order dated July 28, 2010, Magistrate Judge Treece recommended that this Court deny Petitioner's petition for a writ of habeas corpus and not issue a certificate of appealability with respect to any of Petitioner's claims. *See* Dkt. No. 9 at 14. The parties did not file any objections to this Report-Recommendation and Order.

      The Court having reviewed said Report-Recommendation and Order and the entire file in

this matter, the Court hereby

**ORDERS** that Magistrate Judge Treece's July 28, 2010 Report-Recommendation and Order is **ACCEPTED in its entirety** for the reasons stated therein; and the Court further

**ORDERS** that Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DENIED** and his petition is **DISMISSED**; and the Court further

**ORDERS** that, because Petitioner has not made a "substantial showing of the denial of a constitutional right" pursuant to 28 U.S.C. § 2253(c)(2), no certificate of appealability shall issue with respect to any of Petitioner's claims, 28 U.S.C. § 2253(c)(2); and the Court further

**ORDERS** that the Clerk of the Court shall serve a copy of this Order on the parties in accordance with the Local Rules.

**IT IS SO ORDERED.**

Dated: August 23, 2010
      Syracuse, New York

                                          Frederick J. Scullin, Jr.
                                          Senior United States District Court Judge